# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUILLERMO ZAMBRANO MOLINA,<br><br>       Petitioners,<br><br>       v.<br><br>SERGIO ALBARRAN, et al.,<br><br>       Respondents. | Case No. 1:26-cv-05270-JLT-SAB-HC<br><br>ORDER GRANTING PRO HAC VICE APPLICATION<br><br>(ECF No. 2) |

The Court has read and considered the application of Lorena Villalon, attorney for Petitioner, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Lorena Villalon's application for admission to practice Pro Hac Vice (ECF No. 2) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: __**July 10, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge