# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUILLERMO ZAMBRANO MOLINA,<br><br>Petitioners,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents. | Case No. 1:26-cv-05270-JLT-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE WITHIN TWO DAYS |

On July 10, 2026, the Court ordered Respondents to file a response to the petition for writ of habeas corpus within twenty-one days. (ECF No. 6.) To date, no response has been filed.

The Court HEREBY ORDERS Respondents to file a response to the petition within **TWO (2)** days of the date of service of this order.

IT IS SO ORDERED.

Dated: **August 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge